IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ETHEL E. HARTLINE, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 4:08CV1384 DJS/TCM |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
Obpra 2/18/09

## SECOND MOTION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF

**COMES NOW** the Plaintiff and moves the Court for a reasonable extension of time of thirty days or until March 20, 2009, to file her brief. Plaintiff's brief is due February 18, 2009, and said request is not made to hinder or unnecessarily delay said cause. Counsel for Defendant was contacted and does not oppose said extension of time.

**WHEREFORE** Plaintiff prays for an extension of time of thirty days or until March 20, 2009, to file her brief and for other relief the Court deems proper.

/s/ Lawrence E. Ray
Lawrence E. Ray #33774 EDN#9676
690 Missouri Avenue, Suite #26
St. Robert, Missouri 65583
(573) 336-3377

ATTORNEY FOR PLAINTIFF

### Certificate of Service

I hereby certify that on February 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Jane Rund, Assistant United States Attorney, 111 South 10th Street, Suite 20.333, St. Louis, Missouri 63102.

/s/ Lawrence E. Ray
Lawrence E. Ray, #33774